UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : MAGISTRATE NO.: 16-9063

V. : CRIMINAL ACTION

: ORDER OF RELEASE

Brooklyn D Hill :

The Court orders the defendant, Brooklyn Hill, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Other: Mental Health testing and treatment

(4) Drug testing and treatment as directed

_Brooklyn Hill_  _3/3/16_
DEFENDANT        DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

_3/3/16_
DATE

I hereby certify that the defendant was furnished (personally) a copy of this order and a notice of penalties applicable to violation of conditions of release.

_Leslie Richards_
U.S. PRETRIAL SERVICES OFFICER